# EXHIBIT   A

## CONSENT TO JOIN WAGE CLAIM

Printed Name: __Tommy Strawn_____

1.  I hereby consent join the collective action lawsuit filed against YCI Methanol One to pursue my claims of unpaid overtime during the time that I worked with the company.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3.  I designate the law firms and attorneys at and BRUCKNER BURCH PLLC as my attorneys to prosecute my wage claims.

4.  I consent to having Plaintiff's Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

5.  If needed, I authorize the Plaintiff's lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _*Tommy Strawn*_____
Tommy Strawn (Dec 2, 2020 13:28 CST)

Date Signed: __Dec 2, 2020_____